

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW FRANK WEIKEL,

    Defendant.
_____/

Case:2:16-cr-20659
Judge: Tarnow, Arthur J.
MJ: Majzoub, Mona K.
Filed: 10-03-2016 At 09:54 AM
INFO USA V ANDREW FRANK WEIKEL (LG)

18 U.S.C. § 2251(a)
18 U.S.C. § 2252A(a)(1)
18 U.S.C. § 2252A(a)(5)(B)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

18 U.S.C. § 2251(a) — *Production of Child Pornography*

On or about and between July 2016, through on or about August 2016, both dates being approximate and inclusive, in the Northern District of Indiana and elsewhere, the defendant, ANDREW FRANK WEIKEL, did knowingly employ, use, persuade, induce, entice, and coerce a minor (to wit: Minor Victim One) to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in or affecting interstate and foreign commerce; all in violation of 18 U.S.C. § 2251(a).

1

## COUNT TWO

18 U.S.C. § 2252A(a)(1) — *Transportation of Child Pornography*

On or about August 7, 2016, in the Eastern District of Michigan and elsewhere, the defendant, ANDREW FRANK WEIKEL, did knowingly transport or ship child pornography, as defined in 18 U.S.C. § 2256(8)(A), using any means or facility of interstate or foreign commerce and in and affecting interstate or foreign commerce by any means, including computer; all in violation of 18 U.S.C. § 2252A(a)(1).

## COUNT THREE

18 U.S.C. § 2252A(a)(5)(B) — *Possession of Child Pornography*

On or about August 7, 2016, in the Eastern District of Michigan and elsewhere, the defendant, ANDREW FRANK WEIKEL, knowingly possessed any material that contained an image of child pornography, as defined in 18 U.S.C. § 2256(8)(A) and the child pornography had been mailed, shipped, and transported using any means or facility of interstate or foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

Upon conviction of the offenses charged in the Information, the defendant, ANDREW FRANK WEIKEL, shall, pursuant to 18 U.S.C. § 2253 forfeit to the United States the following:

i. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of these subsections;

ii. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

iii. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

If any of the property described in the paragraphs above as being forfeitable pursuant to 18 U.S.C. § 2253, as a result of any act or omission of the defendant --

a. cannot be located upon the exercise of due diligence;

b. has been transferred to, sold to, or deposited with a third party;

c. has been placed beyond the jurisdiction of this Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America, pursuant to 21 U.S.C. § 853(p), intends to seek forfeiture of all other property of the defendant up to the value of the above described forfeitable property.

BARBARA L. McQUADE
United States Attorney

s/ Matthew A. Roth
MATTHEW A. ROTH
Chief, General Crimes Unit
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3220
phone: 313-226-9186

s/ Sara D. Woodward
SARA D. WOODWARD (P73784)
Assistant United States Attorney
211 West Fort Street, Ste. 2001
Detroit, MI 48226-3220
(313) 226-9180
sara.woodward@usdoj.gov

s/ Leslie Wizner
LESLIE WIZNER(P42081)
Assistant United States Attorney
211 West Fort Street, Ste. 2001
Detroit, MI 48226-3220
(313)226-9766
leslie.wizner@usdoj.gov

Date: September 29, 2016

4

| United States District Court<br>Eastern District of Michigan | Criminal Case Co | Case: 2:16-cr-20659<br>Judge: Tarnow, Arthur J.<br>MJ: Majzoub, Mona K.<br>Filed: 10-03-2016 At 09:54 AM<br>INFO USA V ANDREW FRANK WEIKEL (LG) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to co

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008   [ ]

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)¹: | **Judge Assigned:** |
| ☐ Yes    ☒ No | AUSA's Initials: _(signed)_ |

**Case Title:** USA v. Andrew Frank Weikel

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- no prior complaint.
____Indictment/ ✓ Information --- based upon prior complaint [Case number: 16-mj-30347     ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

9/30/2016
Date

Leslie Matuja Wizner   _(signed) LeslieWizner by SPW_
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9766
Fax:    313-226-2372
E-Mail address: leslie.wizner@usdoj.gov
Attorney Bar #:  P42081

---

¹ Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.                                                                     04/13