


# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

11/09/2016 16:20 EST                                                                                 Page 1 of 2

**CASE NUMBER**
DT07QE16DT0005

**CASE OPENED**
8/8/2016

**CURRENT CASE TITLE**
Andrew Frank WEIKEL- child pornography subject

**REPORT TITLE**
Additional Details From August 7, 2016

**REPORTED BY**
Daniel Ghareeb
SPECIAL AGENT

**APPROVED BY**
John Deaton
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
10/25/2016

**SYNOPSIS**

On August 7, 2016, Andrew WEIKEL and a 13 year old female child, hereafter Minor Victim 1 (MV-1), arrived at the Port Huron, Michigan, Bluewater Bridge, following a visit to Ontario, Canada. During the course of the inspection, Customs and Border Protection (CBP) Officers discovered WEIKEL had sexually assaulted MV-1 and took pictures of the assault on his IPhone. HSI Special Agents responded to the Bluewater Bridge Port of Entry, where WEIKEL was interviewed. During the interview WEIKEL admitted to taking pictures of himself sexually assaulting MV-1 (Daughter of a friend of his). A forensic review of WEIKEL's IPhone revealed approximately 100 images of WEIKEL sexually assaulting MV-1 (Beginning at age 12). WEIKEL, currently lives in a van in Wabash, Indiana. HSI Special Agents arrested WEIKEL for violations of 18 U.S.C. 2252A, transportation of child pornography in the Eastern District of Michigan. MV-1 was picked up by her parents from the Bluewater Bridge POE.

On August 7, 2016, the mother of MV-1 was notified that her daughter was victimized and WEIKEL's hands were photographed.

**GOVERNMENT EXHIBIT C**

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Andrew Frank WEIKEL- child pornography subject | DT07QE16DT0005-004 | 10/25/2016 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

11/09/2016 16:20 EST                                                                                              Page 2 of 2

## DETAILS OF INVESTIGATION

On August 7, 2016, Andrew WEIKEL and a 13 year old female child, hereafter Minor Victim 1 (MV-1), arrived at the Port Huron, Michigan, Bluewater Bridge, following a visit to Ontario, Canada. During the course of the inspection, Customs and Border Protection (CBP) Officers discovered WEIKEL had sexually assaulted MV-1 and took pictures of the assault on his IPhone. HSI Special Agents responded to the Bluewater Bridge Port of Entry, where WEIKEL was interviewed. During the interview WEIKEL admitted to taking pictures of himself sexually assaulting MV-1 (Daughter of a friend of his). A forensic review of WEIKEL's IPhone revealed approximately 100 images of WEIKEL sexually assaulting MV-1 (Beginning at age 12). WEIKEL, a United States Citizen, is retired from Wendy's and currently lives in a van in Wabash, Indiana. HSI Special Agents arrested WEIKEL for violations of 18 U.S.C. 2252A, transportation of child pornography in the Eastern District of Michigan. MV-1 was picked up by her parents from the Bluewater Bridge POE. This is an HSI led investigation, with assistance from CBP.

On August 7, 2016, MV-1's parents arrived at the Port Huron, Michigan, Bluewater Bridge port of entry to pick up MV-1. Special Agents Dan Ghareeb and Chad Cable, and Victim/Witness Specialist notified MV-1's parents about MV-1's victimization. MV-1's mother stated that one time when she was sleeping (mother) WEIKEL came into the room and started rubbing her back. MV-1's mother stated she woke up but pretended to sleep while WEIKEL continued. Later MV-1's parents confronted WEIKEL with his behavior and WEIKEL agreed that his behavior was inappropriate.

Additionally, after the interview of WEIKEL, SA Ghareeb took pictures of WEIKEL's hands. The pictures will be held electronically by HSI Detroit.

The HSI Detroit, Cyber Crimes Group investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Andrew Frank WEIKEL- child pornography subject | DT07QE16DT0005-004 | 10/25/2016 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE
This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.