# EXHIBIT A

# COVID-19 Cases

10/27/2020 - The BOP has **125,900** federal inmates in BOP-managed institutions and **14,274** in community-based facilities. The BOP staff complement is approximately **36,000**. There are **2,003 federal inmates** and **873 BOP staff** who have confirmed positive test results for COVID-19 nationwide. Currently, **15,237** inmates and **1,323** staff have recovered. There have been **129** federal inmate deaths and **2** BOP staff member deaths attributed to COVID-19 disease. Of the inmate deaths, **4** occurred while on home confinement.

Due to the rapidly evolving nature of this public health crisis, the BOP will update the open COVID-19 confirmed positive test numbers, recoveries, and the number of COVID-19 related deaths each weekday at 3:00 p.m. The positive test numbers are based on the most recently available **confirmed lab results** involving **open cases** from across the agency as reported by the BOP's Office of Occupational Health and Safety at 11:00 a.m. each day.  BOP field sites may report additional updates throughout the day. Data is subject to change based on additional reporting.

The BOP has begun additional testing of asymptomatic inmates to assist in slowing transmissions within a correctional setting. As such, our data reflects an increase in the number of COVID-19 positive tests reflected in the table below. The BOP is able to better utilize this information for the management of an outbreak at the relevant, affected facility.

The inmate totals listed do not include inmates participating in the Federal Location Monitoring program, inmates supervised under the USPO, or being held in privately-managed prisons or state facilities/jails. Additionally, the reference to the FCI Butner Low below refers to an isolation unit that is physically separated from the rest of the LSCI. References to RRCs include both individuals housed at the RRC and individuals on home confinement under the RRC's supervision.

| Facility ▲ | Inmates Positive | Staff Positive | Inmate Deaths | Staff Deaths | Inmates Recovered | Staff Recovered | City | State |
|---|---|---|---|---|---|---|---|---|
| ACS Corrections (RRC) | 0 | 0 | 1 | 0 | 1 | 0 | Del Valle | TX |
| ATalbert House Inc. (RRC) | 0 | 0 | 0 | 0 | 4 | 0 | Cincinnati | OH |
| Alderson FPC | 3 | 0 | 0 | 0 | 3 | 0 | Alderson | WV |
| Aliceville FCI | 15 | 8 | 0 | 0 | 26 | 9 | Aliceville | AL |
| Allenwood Low FCI | 0 | 0 | 0 | 0 | 1 | 1 | Allenwood | PA |
| Allenwood Medium FCI | 5 | 11 | 0 | 0 | 108 | 1 | White Deer | PA |
| Allenwood USP | 3 | 2 | 0 | 0 | 4 | 1 | Allenwood | PA |
| Alpha House of Springfield (RRC) | 3 | 0 | 0 | 0 | 1 | 0 | Springfield | MO |
| Alston Wilkes Society (RRC) | 1 | 0 | 0 | 0 | 0 | 0 | Florence | SC |
| Alternatives | | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incorporated (RRC) | 0 | 0 | 0 | 0 | 3 | 0 | Billings | MT |
| Alternatives Incorporated (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Billings | MT |
| Ashland FCI | 1 | 1 | 0 | 0 | 7 | 4 | Ashland | KY |
| Atlanta USP | 3 | 8 | 1 | 0 | 63 | 8 | Atlanta | GA |
| Atwater USP | 14 | 6 | 0 | 0 | 4 | 5 | Atwater | CA |
| Baldwin County Jail (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Bay Minette | AL |
| Bannum, Inc. (RRC) | 3 | 0 | 0 | 0 | 2 | 0 | Greenville | SC |
| Bastrop FCI | 53 | 9 | 0 | 0 | 12 | 3 | Bastrop | TX |
| Beaumont Low FCI | 4 | 1 | 0 | 0 | 478 | 3 | Beaumont | TX |
| Beaumont Medium FCI | 3 | 6 | 0 | 0 | 124 | 3 | Beaumont | TX |
| Beaumont USP | 13 | 3 | 0 | 0 | 79 | 8 | Beaumont | TX |
| Beckley FCI | 5 | 1 | 0 | 0 | 18 | 5 | Beaver | WV |
| Behavioral Systems Southwest (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Van Nuys | CA |
| Behavioral Systems Southwest, Inc. (RRC) | 0 | 0 | 1 | 0 | 0 | 0 | Phoenix | AZ |
| Bennettsville FCI | 23 | 16 | 0 | 0 | 93 | 8 | Bennettsville | SC |
| Berlin FCI | 8 | 2 | 0 | 0 | 1 | 0 | Berlin | NH |
| Big Sandy USP | 1 | 2 | 0 | 0 | 22 | 30 | Inez | KY |
| Big Spring FCI | 195 | 6 | 2 | 0 | 527 | 0 | Big Spring | TX |
| Brawley RRC (RRC) | 0 | 0 | 1 | 0 | 2 | 0 | Brawley | CA |
| Brooklyn MDC | 3 | 3 | 0 | 0 | 13 | 41 | Brooklyn | NY |
| Bryan FPC | 0 | 6 | 0 | 0 | 3 | 0 | Bryan | TX |
| Butner FMC | 51 | 4 | 0 | 0 | 16 | 22 | Butner | NC |

| Facility | | | | | | | City | State |
|---|---|---|---|---|---|---|---|---|
| Butner Low FCI | 0 | 2 | 17 | 1 | 619 | 17 | Butner | NC |
| Butner Medium I FCI | 2 | 1 | 9 | 0 | 176 | 33 | Butner | NC |
| Butner Medium II FCI | 0 | 0 | 0 | 0 | 12 | 2 | Butner | NC |
| CORE Services Group, Inc. (RRC) | 1 | 0 | 0 | 0 | 2 | 0 | Brooklyn | NY |
| CSC-Dismas Charities (RRC) | 0 | 0 | 0 | 0 | 6 | 0 | Atlanta | GA |
| Canaan USP | 6 | 1 | 0 | 0 | 1 | 4 | Waymart | PA |
| Carswell FMC | 10 | 3 | 6 | 0 | 513 | 1 | Fort Worth | TX |
| Cass County Jail (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Fargo | ND |
| Central Arizona Florence Correctional Complex (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Florence | AZ |
| Central Office HQ | 0 | 12 | 0 | 0 | 0 | 3 | Washington | DC |
| Central Territorial of the Salvation Army; DBA Salvation Army Correctional Ser (RRC) | 1 | 0 | 0 | 0 | 3 | 0 | Chicago | IL |
| Cherry Street Services, Inc. (RRC) | 0 | 0 | 0 | 0 | 3 | 0 | Grand Rapids | MI |
| Chicago MCC | 1 | 6 | 0 | 0 | 128 | 29 | Chicago | IL |
| City of Faith RRC (RRC) | 0 | 0 | 0 | 0 | 3 | 0 | Little Rock | AR |
| Coleman I USP | 3 | 30 | 0 | 0 | 60 | 9 | Sumterville | FL |
| Coleman II USP | 42 | 19 | 1 | 0 | 132 | 12 | Sumterville | FL |
| Coleman Low FCI | 0 | 21 | 1 | 1 | 206 | 11 | Sumterville | FL |
| Coleman Medium FCI | 7 | 34 | 2 | 0 | 272 | 2 | Sumterville | FL |

| | | | | | | | City | State |
|---|---|---|---|---|---|---|---|---|
| Community Extended Nuclear TRA (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Mandan | ND |
| Community Extended Nuclear TRA (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Fargo | ND |
| Community Resources for Justic (RRC) | 1 | 0 | 0 | 0 | 0 | 0 | Buffalo | NY |
| Community Resources for Justice, Inc. (RRC) | 0 | 0 | 0 | 0 | 2 | 0 | Boston | MA |
| Corecivic (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Norfolk | VA |
| Correctional Alternatives Inc. (RRC) | 0 | 0 | 0 | 0 | 9 | 0 | San Diego | CA |
| County Rehabilitation Center (RRC) | 0 | 0 | 0 | 0 | 13 | 0 | Tyler | TX |
| Crosspoint Inc. (RRC) | 0 | 0 | 0 | 0 | 17 | 0 | San Antonio | TX |
| Cumberland FCI | 0 | 0 | 0 | 0 | 7 | 6 | Cumberland | MD |
| Danbury FCI | 4 | 1 | 1 | 0 | 79 | 64 | Danbury | CT |
| Devens FMC | 1 | 2 | 2 | 0 | 45 | 6 | Ayer | MA |
| Dismas Charities (RRC) | 2 | 0 | 0 | 0 | 4 | 0 | Del Rio | TX |
| Dismas Charities (RRC) | 1 | 0 | 0 | 0 | 2 | 0 | Memphis | TN |
| Dismas Charities (RRC) | 0 | 0 | 0 | 0 | 2 | 0 | Greensboro | NC |
| Dismas Charities (RRC) | 0 | 0 | 1 | 0 | 0 | 0 | Hattiesburg | MS |
| Dismas Charities (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Las Cruces | NM |
| Dismas | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Dismas Charities (RRC) | 0 | 0 | 0 | 0 | 15 | 0 | Midland | TX |
| Dismas Charities Albuquerque (RRC) | 6 | 0 | 0 | 0 | 16 | 0 | Albuquerque | NM |
| Dismas Charities Inc. (RRC) | 8 | 0 | 0 | 0 | 0 | 0 | Savannah | GA |
| Dismas Charities Inc. (RRC) | 1 | 0 | 0 | 0 | 1 | 0 | Sioux City | IA |
| Dismas Charities Inc. (RRC) | 1 | 0 | 0 | 0 | 0 | 0 | Augusta | GA |
| Dismas Charities Inc. (RRC) | 0 | 0 | 0 | 0 | 2 | 0 | Lexington | KY |
| Dismas Charities Inc. (RRC) | 0 | 0 | 0 | 0 | 2 | 0 | Orlando | FL |
| Dismas Charities Inc. (RRC) | 0 | 0 | 0 | 0 | 8 | 0 | Omaha | NE |
| Dismas Charities Inc. (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Montgomery | AL |
| Dismas Charities Louisville (RRC) | 1 | 0 | 0 | 0 | 0 | 0 | Louisville | KY |
| Dismas Charities, Inc. (RRC) | 1 | 0 | 0 | 0 | 0 | 0 | Kearney | NE |
| Dismas Charities, Inc. (RRC) | 0 | 0 | 0 | 0 | 7 | 0 | Dania | FL |
| Dismas Charities, Inc. (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Corpus Christi | TX |
| Dismas House of St. Louis (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Saint Louis | MO |
| Dismas Laredo (RRC) | 0 | 0 | 0 | 0 | 6 | 0 | Laredo | TX |
| Dismas of Manchester (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Manchester | KY |
| Dublin FCI | 2 | 0 | 0 | 0 | 9 | 6 | Dublin | CA |

| Facility | | | | | | | City | State |
|---|---|---|---|---|---|---|---|---|
| Duluth FPC | 13 | 0 | 0 | 0 | 5 | 0 | Duluth | MN |
| Edgefield FCI | 1 | 16 | 1 | 0 | 90 | 10 | Edgefield | SC |
| El Reno FCI | 101 | 17 | 1 | 0 | 126 | 1 | El Reno | OK |
| Elkton FCI | 0 | 1 | 9 | 0 | 916 | 54 | Lisbon | OH |
| Englewood FCI | 0 | 1 | 0 | 0 | 6 | 1 | Littleton | CO |
| Estill FCI | 0 | 12 | 0 | 0 | 0 | 0 | Estill | SC |
| Fairton FCI | 1 | 5 | 0 | 0 | 99 | 7 | Fairton | NJ |
| Firetree LTD. (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Syracuse | NY |
| Florence - High USP | 2 | 4 | 0 | 0 | 3 | 2 | Florence | CO |
| Florence FCI | 3 | 2 | 0 | 0 | 25 | 5 | Florence | CO |
| Forrest City Low FCI | 4 | 11 | 0 | 0 | 637 | 4 | Forrest City | AR |
| Forrest City Medium FCI | 4 | 16 | 0 | 0 | 103 | 5 | Forrest City | AR |
| Fort Dix FCI | 32 | 8 | 0 | 0 | 34 | 6 | Joint Base Mdl | NJ |
| Fort Worth FMC | 3 | 10 | 12 | 0 | 611 | 6 | Fort Worth | TX |
| GEO Care Inc. (RRC) | 0 | 0 | 1 | 0 | 1 | 0 | Brownsville | TX |
| GEO Care Salt Lake City | 1 | 0 | 0 | 0 | 4 | 0 | Salt Lake City | UT |
| GEO Care, Inc. (RRC) | 0 | 0 | 1 | 0 | 2 | 0 | Bronx | NY |
| GEO Care, LLC (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Sacramento | CA |
| GEO Group Inc. (RRC) | 0 | 0 | 0 | 0 | 12 | 0 | Edinburg | TX |
| GEO Group Inc. (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | El Monte | CA |
| GEO Reentry of Alaska, Inc. (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Oakland | CA |
| GEO Reentry, Inc. (RRC) | 1 | 0 | 0 | 0 | 20 | 0 | Leavenworth | KS |
| GEO-Taylor St. Facility | 0 | 0 | 0 | 0 | 1 | 0 | San Fran... | CA |

| Facility | | | | | | | City | State |
|---|---|---|---|---|---|---|---|---|
| (RRC) | | | | | | | Francisco | |
| Geo Care (RRC) | 1 | 0 | 0 | 0 | 4 | 0 | Las Vegas | NV |
| Gilmer FCI | 3 | 0 | 0 | 0 | 16 | 3 | Glenville | WV |
| Glynco | 0 | 1 | 0 | 0 | 0 | 1 | Glynco | GA |
| Grand Prairie | 0 | 14 | 0 | 0 | 0 | 1 | Grand Prairie | TX |
| Great Falls Pre-Release Center (RRC) | 2 | 0 | 0 | 0 | 0 | 0 | Great Falls | MT |
| Greenville FCI | 182 | 8 | 0 | 0 | 114 | 25 | Greenville | IL |
| Guaynabo MDC | 9 | 0 | 0 | 0 | 22 | 0 | Guaynabo | PR |
| Hampshire House (RRC) | 0 | 0 | 0 | 0 | 2 | 0 | Manchester | NH |
| Hazelton FCI | 0 | 0 | 0 | 0 | 0 | 6 | Bruceton Mills | WV |
| Hazelton USP | 3 | 1 | 0 | 0 | 8 | 13 | Bruceton Mills | WV |
| Herlong FCI | 7 | 4 | 0 | 0 | 4 | 3 | Herlong | CA |
| Hillsborough County RRC (RRC) | 0 | 0 | 0 | 0 | 7 | 0 | Tampa | FL |
| Honolulu FDC | 2 | 1 | 0 | 0 | 0 | 0 | Honolulu | HI |
| Horizon House (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Albany | NY |
| Houston FDC | 2 | 6 | 0 | 0 | 18 | 0 | Houston | TX |
| Jesup FCI | 0 | 19 | 1 | 0 | 240 | 3 | Jesup | GA |
| Keeton Corrections Inc (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Tallahassee | FL |
| Keeton Corrections Inc. (RRC) | 1 | 0 | 0 | 0 | 14 | 0 | Jacksonville | FL |
| Kintock Group, The (RRC) | 1 | 0 | 0 | 0 | 5 | 0 | Philadelphia | PA |
| La Tuna FCI | 1 | 16 | 0 | 0 | 22 | 8 | Anthony | TX |
| Leavenworth USP | 20 | 5 | 0 | 0 | 513 | 5 | Leavenworth | KS |

| Facility | | | | | | | City | State |
|---|---|---|---|---|---|---|---|---|
| Lee USP | 20 | 10 | 0 | 0 | 12 | 33 | Pennington Gap | VA |
| Lewisburg USP | 4 | 1 | 0 | 0 | 83 | 12 | Lewisburg | PA |
| Lexington FMC | 2 | 0 | 9 | 0 | 207 | 14 | Lexington | KY |
| Lompoc FCI | 0 | 3 | 2 | 0 | 725 | 16 | Lompoc | CA |
| Lompoc USP | 0 | 4 | 2 | 0 | 148 | 24 | Lompoc | CA |
| Loretto FCI | 0 | 7 | 0 | 0 | 55 | 3 | Loretto | PA |
| Los Angeles MDC | 0 | 3 | 0 | 0 | 14 | 7 | Los Angeles | CA |
| Manchester FCI | 6 | 7 | 0 | 0 | 213 | 25 | Manchester | KY |
| Marianna FCI | 0 | 9 | 0 | 0 | 6 | 10 | Marianna | FL |
| Marion USP | 0 | 8 | 2 | 0 | 139 | 9 | Marion | IL |
| McCreary USP | 3 | 2 | 0 | 0 | 20 | 6 | Pine Knot | KY |
| McDowell FCI | 12 | 9 | 0 | 0 | 2 | 4 | Welch | WV |
| McKean FCI | 1 | 0 | 0 | 0 | 0 | 0 | Lewis Run | PA |
| Memphis FCI | 1 | 12 | 0 | 0 | 62 | 24 | Memphis | TN |
| Mendota FCI | 0 | 2 | 0 | 0 | 10 | 8 | Mendota | CA |
| Miami FCI | 7 | 23 | 1 | 0 | 121 | 13 | Miami | FL |
| Miami FDC | 11 | 33 | 2 | 0 | 147 | 21 | Miami | FL |
| Mid-Atlantic RO | 0 | 2 | 0 | 0 | 0 | 2 | Annapolis Junct | MD |
| Midway Rehabilitation Center (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Knoxville | TN |
| Milan FCI | 1 | 2 | 3 | 0 | 88 | 55 | Milan | MI |
| Montgomery FPC | 0 | 1 | 0 | 0 | 0 | 2 | Montgomery | AL |
| Morgantown FCI | 0 | 2 | 0 | 0 | 5 | 2 | Morgantown | WV |
| New York MCC | 0 | 5 | 0 | 0 | 28 | 41 | New York | NY |
| Northeast RO | 0 | 0 | 0 | 0 | 0 | 1 | Philadelphia | PA |
| Oakdale I FCI | 6 | 15 | 7 | 0 | 216 | 21 | Oakdale | LA |
| Oakdale II FCI | 4 | 9 | 1 | 0 | 14 | 6 | Oakdale | LA |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Oakdale II FCI | 4 | 9 | 1 | 0 | 14 | 0 | Oakdale | LA |
| Oklahoma City FTC | 34 | 35 | 1 | 0 | 234 | 6 | Oklahoma City | OK |
| Otisville FCI | 2 | 2 | 0 | 0 | 24 | 14 | Otisville | NY |
| Oxford FCI | 308 | 17 | 0 | 0 | 285 | 27 | Oxford | WI |
| Pekin FCI | 117 | 9 | 0 | 0 | 8 | 12 | Pekin | IL |
| Pensacola FPC | 0 | 4 | 0 | 0 | 0 | 1 | Pensacola | FL |
| Petersburg Low FCI | 0 | 5 | 0 | 0 | 147 | 16 | Hopewell | VA |
| Petersburg Medium FCI | 40 | 3 | 1 | 0 | 119 | 4 | Hopewell | VA |
| Philadelphia FDC | 3 | 3 | 0 | 0 | 10 | 3 | Philadelphia | PA |
| Phoenix FCI | 5 | 3 | 0 | 0 | 32 | 17 | Phoenix | AZ |
| Pollock FCI | 3 | 5 | 0 | 0 | 28 | 1 | Pollock | LA |
| Pollock USP | 2 | 33 | 0 | 0 | 17 | 2 | Pollock | LA |
| Port of Hope (RRC) | 1 | 0 | 0 | 0 | 0 | 0 | Boise | ID |
| Ray Brook FCI | 0 | 0 | 0 | 0 | 15 | 10 | Ray Brook | NY |
| Riverside Christian Ministries (RRC) | 0 | 0 | 0 | 0 | 2 | 0 | Miami | FL |
| Rochester FMC | 13 | 7 | 0 | 0 | 86 | 12 | Rochester | MN |
| Safford FCI | 0 | 4 | 0 | 0 | 5 | 0 | Safford | AZ |
| Salvation Army (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | West Palm Beach | FL |
| Salvation Army (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Fort Myers | FL |
| Salvation Army (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Chattanooga | TN |
| San Diego MCC | 3 | 0 | 1 | 0 | 282 | 26 | San Diego | CA |
| Sandstone FCI | 2 | 0 | 0 | 0 | 180 | 0 | Sandstone | MN |
| Schuylkill FCI | 0 | 2 | 0 | 0 | 1 | 1 | Minersville | PA |
| SeaTac FDC | 0 | 1 | 0 | 0 | 51 | 7 | Seattle | WA |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Seagoville FCI | 10 | 1 | 4 | 0 | 1288 | 30 | Seagoville | TX |
| Secor Incorporated (RRC) | 0 | 0 | 0 | 0 | 2 | 0 | Lebanon | VA |
| Sheridan FCI | 1 | 1 | 0 | 0 | 4 | 0 | Sheridan | OR |
| South Central RO | 0 | 2 | 0 | 0 | 0 | 1 | Grand Prairie | TX |
| Southeast Missouri Behavioral Health, Inc.; DBA: SEMO CTC (RRC) | 0 | 0 | 0 | 0 | 2 | 0 | Farmington | MO |
| Southeast RO | 0 | 1 | 0 | 0 | 0 | 1 | Atlanta | GA |
| Springfield MCFP | 128 | 14 | 0 | 0 | 10 | 31 | Springfield | MO |
| Talladega FCI | 36 | 13 | 0 | 0 | 29 | 8 | Talladega | AL |
| Tallahassee FCI | 93 | 16 | 0 | 0 | 20 | 8 | Tallahassee | FL |
| Terminal Island FCI | 6 | 3 | 10 | 0 | 578 | 23 | San Pedro | CA |
| Terre Haute FCI | 14 | 3 | 1 | 0 | 114 | 12 | Terre Haute | IN |
| Terre Haute USP | 5 | 1 | 2 | 0 | 88 | 3 | Terre Haute | IN |
| Texarkana FCI | 3 | 6 | 0 | 0 | 3 | 3 | Texarkana | TX |
| The Geo Group, Inc. (RRC) | 0 | 0 | 2 | 0 | 3 | 0 | Houston | TX |
| The Mirror Inc. (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Topeka | KS |
| Thomson USP | 41 | 8 | 0 | 0 | 59 | 52 | Thomson | IL |
| Three Rivers FCI | 0 | 12 | 0 | 0 | 246 | 19 | Three Rivers | TX |
| Tucson FCI | 1 | 2 | 0 | 0 | 10 | 7 | Tucson | AZ |
| Tucson USP | 87 | 9 | 0 | 0 | 13 | 7 | Tucson | AZ |
| Victorville Medium I FCI | 3 | 11 | 1 | 0 | 343 | 10 | Victorville | CA |
| Victorville Medium II FCI | 8 | 18 | 0 | 0 | 72 | 9 | Victorville | CA |

FCI

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Victorville USP | 0 | 13 | 0 | 0 | 129 | 11 | Victorville | CA |
| Vol. of America Fort Worth Texas (RRC) | 0 | 0 | 0 | 0 | 2 | 0 | Ft. Worth | TX |
| Volunteers of America Inc. (RRC) | 1 | 0 | 0 | 0 | 1 | 0 | Indianapolis | IN |
| Volunteers of America Inc. (RRC) | 0 | 0 | 0 | 0 | 26 | 0 | San Juan | RQ |
| Volunteers of America Texas, Inc. (RRC) | 1 | 0 | 1 | 0 | 15 | 0 | Hutchins | TX |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Volunteers of America of Greater Ohio (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Toledo | OH |
| Volunteers of America of Minnesota (RRC) | 0 | 0 | 0 | 0 | 7 | 0 | Roseville | MN |
| Volunteers of America, Inc. (Minnesota) (RRC) | 0 | 0 | 0 | 0 | 11 | 0 | Minneapolis | MN |
| Waseca FCI | 6 | 2 | 0 | 0 | 448 | 12 | Waseca | MN |
| Western RO | 0 | 0 | 0 | 0 | 0 | 1 | Stockton | CA |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Williamsburg FCI | 5 | 8 | 0 | 0 | 4 | 0 | Salters | SC |
| Working Alternatives GG (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Garden Grove | CA |
| Yankton FPC | 0 | 4 | 0 | 0 | 1 | 0 | Yankton | SD |
| Yazoo City Low FCI | 0 | 5 | 3 | 0 | 90 | 9 | Yazoo City | MS |
| Yazoo City Medium FCI | 0 | 6 | 0 | 0 | 8 | 10 | Yazoo City | MS |
| Yazoo City USP | 31 | 7 | 1 | 0 | 63 | 12 | Yazoo City | MS |