# EXHIBIT C

**FEDERAL COMMUNITY DEFENDER**
**Eastern District of Michigan**
**613 Abbott Street, 5th Floor**
**Detroit, Michigan 48226**
*Telephone:* **(313) 967-5542**   ■   *Fax:* **(313) 962-0685**

Richard A. Helfrick
*Interim Executive Director*

COLLEEN P. FITZHARRIS
*Assistant Defender*
**(313) 967-5866**

May 26, 2020

**SENT VIA E-MAIL**

Hon. Arthur J. Tarnow
U.S. District Judge
231 W. Lafayette Blvd, Room 107
Detroit, MI 48226
      Re:    Andrew Frank Weikel
              Register Number 54914-039

Dear Judge Tarnow:

      We write to supplement the information already provided about the sex-offender treatment program at Headwaters Counseling in Fort Worth, Indiana. Mr. Weikel's daughter Katherine is a social worker, and she received information about the program from Vanessa Jones, the Mental Health Director of Headwaters.

      There is currently no waiting list to enroll in the sex-offender treatment program. This means that Mr. Weikel would be able to enroll with Headwaters within a week of release. To expedite the process, he could call from prison to schedule an intake. During the intake, a counselor assesses the level of treatment needed. After Headwaters creating a treatment plan, Mr. Weikel would be assigned to an individual therapist and enrolled in group therapy. Depending on the level of need, he would meet with an individual therapist at least once each month. Individual therapy can be as frequent as once per week. Group therapy meets weekly.

      The Headwaters' treatment program is organized in phases. Phase 1 involves psycho-educational treatment and lasts for a few months. The focus of Phase 2 is on how the offenders' crimes affected others. Each person must complete individualized tasks in order to move to the next phase. Phase 3, the final phase, covers maintenance learning, such as how to respond to triggers or impulses to reoffend. Therapists use polygraph examinations to monitor progress. Those who successfully complete treatment at Headwaters are always welcome to join any time they need support.

Hon. Arthur J. Tarnow
Page 2
May 26, 2020

      This 3-Phase program appears to be nearly identical to the BOP's residential treatment program, which is also organized into three phases. *See generally* BOP, Program Statement No. 5324.10, Sex Offender Programs 3.3.2 (Feb. 13, 2013), available at https://www.bop.gov/policy/progstat/5324_010.pdf.

      Ms. Jones has offered to answer any questions the Court may have.

                        Sincerely,

                        **Federal Community Defender Office**

                        *Penny R. Beardslee*
                        *Colleen P. Fitzharris*
                        Attorneys for Andrew Weikel

cc:    Erin Ramamurthy, Asst. U.S. Attorney
       Sara Woodward, Asst. U.S. Attorney
       Charmarie Green, U.S. Probation Officer

Attachments:
Declaration of Joe Goldenson, M.D.
May 15, 2020 Letter to BOP Director